

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

AUG 0 4 2025

LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

July 29, 2025

United States District Court
Western District of Virginia
Abingdon Division
Laura A. Austin; Clerk
180 W. Main Street, Room 104
Abingdon, VA 24210

RE: Daniel Farmer vs Lonesome Pine Dining, Inc.
    Case Number: CL25-782

To Whom It May Concern:

It has been requested that civil case number CL25-782 be transferred to the United States District Court, as that is where the cause of action arose. Enclosed you will find a copy of every document we have on record for this case.

Please contact our office if you need anything else.

Denise Payne
Deputy Clerk

WISE COUNTY AND CITY OF NORTON
CLERK OF CIRCUIT COURT OFFICE
DEZARAH JESSEE HALL

WWW.COURTBAR.ORG

206 E. MAIN STREET
P.O. BOX 1248
WISE, VA 24293-1248

(276) 328-6111
CLERK@COURTBAR.ORG

*Page 1 of 1*

*Receipt : 25000004251*

COURT ADDRESS:
P.O. BOX 1248
WISE, VA 24293
PHONE # :276-328-6111



**OFFICIAL RECEIPT**
**WISE COUNTY CIRCUIT**
**CIVIL**

| | |
|---|---|
| **DATE :** 06/20/2025 **TIME :** 10:53:08 | **CASE # :** 195CL2500078200 |
| **RECEIPT # :** 25000004251 **TRANSACTION # :** 25062000017 | |
| **CASHIER :** AGD **REGISTER # :** J675 | **FILING TYPE :** COM **PAYMENT :** FULL PAYMENT |

**CASE COMMENTS :** FARMER, DANIEL v. LONESOME PINE DINING, IN
**SUIT AMOUNT :** $2,850,000.00
**ACCOUNT OF :** FARMER, DANIEL
**PAID BY :** FARMER, DANIEL
**CREDIT/DEBIT CARD :** $380.64
**DESCRIPTION 1 :** COM:COMPLAINT - $500,000.01 AND GREATER
**2 :** PLAINTIFF: FARMER, DANIEL
**3 :** NO HEARING SCHEDULED

| ACCOUNT CODE | DESCRIPTION | PAID | ACCOUNT CODE | DESCRIPTION | PAID |
|---|---|---|---|---|---|
| 049 | WRIT TAX (CIVIL) | $25.00 | 219 | LAW LIBRARY | $4.00 |
| 106 | TECHNOLOGY TRST FND | $5.00 | 228 | COURTHOUSE CONSTRUCTION FEE (CHCF) | $3.00 |
| 123 | LEGAL AID SERVICES | $9.00 | 229 | COURTHOUSE MAINTENANCE FEE (CHMF) | $2.00 |
| 147 | INDIGENT ASSISTANCE (INA) | $1.00 | 304 | CIVIL FILING FEE (LAW & EQUITY) | $290.00 |
| 170 | COURT TECHNOLOGY FUND | $10.00 | 426 | PAPER SUBMISSION/COPY FEE | $5.00 |
| 206 | SHERIFF FEES | $12.00 | 407 | CONVENIENCE FEE | $14.64 |

**TENDERED : $** 380.64
**AMOUNT PAID : $** 380.64

PAYOR'S COPY                         *CLERK OF COURT : DEZARAH J. HALL*                         RECEIPT COPY 1 OF 2

**COVER SHEET FOR FILING CIVIL ACTIONS**    Case No. .................................................
COMMONWEALTH OF VIRGINIA    (CLERK'S OFFICE USE ONLY)

........................................................ Wise County ........................................................

........................................................ .................................................. Circuit Court

Daniel Farmer .................................... v./In re: Lonesome Pine Dining, Inc. DBA Huddle House, Wise, VA
PLAINTIFF(S)    DEFENDANT(S)

I, the undersigned [ ] plaintiff [ ] defendant [X] attorney for [X] plaintiff [ ] defendant hereby notify the Clerk of Court that I am filing the following civil action. (Please indicate by checking box that most closely identifies the claim being asserted or relief sought.)

**GENERAL CIVIL**
**Subsequent Actions**
[ ] Claim Impleading Third Party Defendant
    [ ] Monetary Damages
    [ ] No Monetary Damages
[ ] Counterclaim
    [ ] Monetary Damages
    [ ] No Monetary Damages
[ ] Cross Claim
[ ] Interpleader
[ ] Reinstatement (other than divorce or driving privileges)
[ ] Removal of Case to Federal Court
**Business & Contract**
[ ] Attachment
[ ] Confessed Judgment
[ ] Contract Action
[ ] Contract Specific Performance
[ ] Detinue
[ ] Garnishment
**Property**
[ ] Annexation
[ ] Condemnation
[ ] Ejectment
[ ] Encumber/Sell Real Estate
[ ] Enforce Vendor's Lien
[ ] Escheatment
[ ] Establish Boundaries
[ ] Landlord/Tenant
    [ ] Unlawful Detainer
[ ] Mechanics Lien
[ ] Partition
[ ] Quiet Title
[ ] Termination of Mineral Rights
**Tort**
[ ] Asbestos Litigation
[ ] Compromise Settlement
[ ] Intentional Tort
[ ] Medical Malpractice
[ ] Motor Vehicle Tort
[ ] Product Liability
[ ] Wrongful Death
[ ] Other General Tort Liability

**ADMINISTRATIVE LAW**
[ ] Appeal/Judicial Review of Decision of (select one)
    [ ] ABC Board
    [ ] Board of Zoning
    [ ] Compensation Board
    [ ] DMV License Suspension
    [ ] Employee Grievance Decision
    [ ] Employment Commission
    [ ] Local Government
    [ ] Marine Resources Commission
    [ ] School Board
    [ ] Voter Registration
    [ ] Other Administrative Appeal

**DOMESTIC/FAMILY**
[ ] Adoption
    [ ] Adoption – Foreign
[ ] Adult Protection
[ ] Annulment
    [ ] Annulment – Counterclaim/Responsive Pleading
[ ] Child Abuse and Neglect – Unfounded Complaint
[ ] Civil Contempt
[ ] Divorce (select one)
    [ ] Complaint – Contested*
    [ ] Complaint – Uncontested*
    [ ] Counterclaim/Responsive Pleading
    [ ] Reinstatement – Custody/Visitation/Support/Equitable Distribution
[ ] Separate Maintenance
    [ ] Separate Maintenance Counterclaim

**WRITS**
[ ] Certiorari
[ ] Habeas Corpus
[ ] Mandamus
[ ] Prohibition
[ ] Quo Warranto

**PROBATE/WILLS AND TRUSTS**
[ ] Accounting
[ ] Aid and Guidance
[ ] Appointment (select one)
    [ ] Guardian/Conservator
    [ ] Standby Guardian/Conservator
    [ ] Custodian/Successor Custodian (UTMA)
[ ] Trust (select one)
    [ ] Impress/Declare/Create
    [ ] Reformation
[ ] Will (select one)
    [ ] Construe
    [ ] Contested

**MISCELLANEOUS**
[ ] Amend Birth/Death Certificate
[ ] Appointment (select one)
    [ ] Church Trustee
    [ ] Conservator of Peace
    [ ] Marriage Celebrant
[ ] Approval of Transfer of Structured Settlement
[ ] Bond Forfeiture Appeal
[ ] Declaratory Judgment
[ ] Declare Death
[ ] Driving Privileges (select one)
    [ ] Reinstatement pursuant to § 46.2-427
    [ ] Restoration – Habitual Offender or 3rd Offense
[ ] Expungement
[ ] Firearms Rights – Restoration
[ ] Forfeiture of Property or Money
[ ] Freedom of Information
[ ] Injunction
[ ] Interdiction
[ ] Interrogatory
[ ] Judgment Lien-Bill to Enforce
[ ] Law Enforcement/Public Official Petition
[ ] Name Change
[ ] Referendum Elections
[ ] Sever Order
[ ] Taxes (select one)
    [ ] Correct Erroneous State/Local
    [ ] Delinquent
[ ] Vehicle Confiscation
[ ] Voting Rights – Restoration
[X] Other (please specify)

*work place discriminat.*

[ ] Damages in the amount of $ .................................................. are claimed.

.................................... 6/18/2025
DATE

[ ] PLAINTIFF    [ ] DEFENDANT    [X] ATTORNEY FOR    [X] PLAINTIFF
    [ ] DEFENDANT

.................... Anthony E. Collins ....................
PRINT NAME

.................... P.O. Box 3465, Wise, VA. 24293 ....................
ADDRESS/TELEPHONE NUMBER OF SIGNATOR

.................... (276) 328-2433 ....................

.................................................................................
EMAIL ADDRESS OF SIGNATOR (OPTIONAL)

*"Contested" divorce means any of the following matters are in dispute: grounds of divorce, spousal support and maintenance, child custody and/or visitation, child support, property distribution or debt allocation. An "Uncontested" divorce is filed on no fault grounds and none of the above issues are in dispute.

FORM CC-1416 (MASTER) PAGE ONE 02/23

# COMMONWEALTH OF VIRGINIA



## SUMMONS – CIVIL ACTION
RULE 3:5; VA. CODE § 8.01-2

Case No. .................................................

Wise County .......................................................... Circuit Court

206 E Main ST. #245 Wise, VA 24293 ......................
ADDRESS

TO:

Tim Riggs, President and Secretary
Registered Agent: Jeffery A. Sturgill
944 Norton Rd. Wise, VA. 24293

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia.

.................................................    _____ **Clerk**
DATE

by  _____
DEPUTY CLERK

Instructions: ............................................................................................................................

..................................................................................................................................................

..................................................................................................................................................

Hearing Official: ....................................................................................

FORM CC-1400 MASTER 10/13

**VIRGINIA:**

## IN THE CIRCUIT COURT FOR WISE COUNTY

**DANIEL FARMER,**

      **Complainant,**

V.                        **CASE NO.:** _____

**LONESOME PINE DINING, INC.,**
**doing business as HUDDLE**
**HOUSE, WISE VIRGINIA**

      **Defendant.**

**SERVE: TIM RIGGS, PRESIDENT and SECRETARY**
      **Registered Agent: Jeffery A. Sturgill, Esq.**
      **944 Norton Rd., Wise, Virginia 24293**

## COMPLAINT

      COMES NOW your Complainant, Daniel Farmer, by and through his counsel of record,

Anthony E. Collins, and files this Complaint against the Defendant and respectfully represents

unto this Honorable Court as follows:

    1.  Your Complainant, Daniel Farmer, is a resident of and domiciled in Wise County,

Commonwealth of Virginia.

    2.  The Defendant, Lonesome Pine Dining, Inc., is an active corporation existing and doing

business in the Commonwealth of Virginia and at all times mentioned herein was the owner and

operator of a restaurant known as Huddle House, Wise, Virginia. The Defendant's principal

office is located at 4609 Aerial Way, Big Stone Gap, Virginia 24219. Tim Riggs is the acting

President and Secretary of the Defendant. The Defendant's Registered Agent is Attorney Jeffery

A. Sturgill, whose address is 944 Norton Rd., Wise, Virginia 24293.

3. On or about March 1, 2023, the Complainant accepted employment with the Defendant as a waiter and general employee at the Defendant's Huddle House Restaurant, located in Wise, Wise County, Commonwealth of Virginia.

4. The Complainant is a bisexual man and at all times while employed by the Defendant was guaranteed the protections granted under the Virginia Values Act, the Human Rights Act, and Title VII of the Civil Rights Act of 1964. Specifically, the Complainant is guaranteed a workplace free from discrimination based on sexual orientation Section 2.2-3901, et, seq. of the Virginia Code Annotated, codifies that employers shall not discriminate against employees based upon sexual orientation. The Supreme Court of the United States in the case of Bostock v. Clayton County, 590 U.S. 644 (2020) held that Title VII of the Civil Rights Act of 1964, protects employees against discrimination based on sexual orientation.

5. Shortly after the Complainant's hire date with the Defendant, the manager, and supervisor inquired of Complainant's sexuality. Specifically, said manager inquired as to whether or not the Complainant was a gay man. The Complainant advised the manager and supervisor that he did not believe his sexual orientation was an issue to be questioned; however, Complainant eventually, as a result of continued questioning by his manager and supervisor, advised that he was a bisexual man.

6. Subsequent to the Complainant's confirming to his manager that he was bisexual, the manager and other employees began a pattern of discriminatory actions against the Complainant and subjected the Complainant to an extremely hostile work environment. As a result of the behavior of the Defendant's employees, the Complainant ultimately resigned his position on June 29, 2023.

7. On October 11, 2023, the Complainant filed with the Equal Employment Opportunity

Commission "EEOC" a Charge of Discrimination, which was signed and dated August 30, 2023.

Attached hereto as Exhibit A, incorporated herein and made apart hereof by reference thereto is

the Charge of Discrimination and supporting documents evidencing Complainant's filing with

the EEOC. The details of the discriminatory conduct toward the Complainant are not specified

within this Complaint as the same are included within Exhibit A.

8.   On March 26, 2025, the EEOC issued its Determination and Notice of Rights regarding

Complainant's Charge of Discrimination. Attached hereto as Exhibit B is the Determination of

the EEOC. The Determination indicated that the EEOC was making no finding as to the merit of

Complainant's allegations. Exhibit B is attached hereto, incorporated herein, and made apart

hereof by reference thereto.

9.   The conduct of the Defendant's manager and other employees occurred while said

manager and employees were working within the course and scope of their employment with the

Defendant. Furthermore, the employees' conduct was encouraged, promoted, and condoned by

the Complainant's manager and supervisor.

10. The conduct of the manager and employees of the Defendant subjected Complainant to

an extreme hostile work environment. Said conduct subjected the Complainant to unwelcomed

comments and conduct, and were based solely upon the Complainant's sexual orientation. The

manager and employees' conduct was so severe in nature to alter the Complainant's employment

and created an extreme and abusive work environment. The ridicule and insult to Complainant

by the conduct of his manager and fellow employees, ultimately resulted in the Complainant's

resignation and amounted to the Complainant being constructively terminated from employment.

11. The Defendant had in place at the time of the Complainant's employment, a harassment

policy that specifically condemned any form of harassment related to sexual orientation. Said policy defined harassment to include but not limited to "slurs, jokes, and other verbal, graphic, or physical misconduct relating to an individual's sex, race, color, religion, nationality, age, orientation, and disability. Harassment also includes sexual advances, requests, and any other verbal graphics, or physical misconduct of sexual favors". The Defendant's harassment policy required the Complainant to alert his supervisor of any type of harassment. The Complainant's supervisor was the cause of and encouraged others to practice in the pervasive and abusive conduct toward the Complainant. Despite the Complainant's repeated request to his supervisor/manager to cease the discriminatory conduct, the conduct continued.

12. Based upon the discriminatory conduct of the Defendant's employees and manager directed toward the Complainant, the Complainant suffered severe humiliation, embarrassment, and threats which directly resulted in the Complainant suffering from severe emotional distress and physical ailments from which the Complainant sought medical attention and counseling.

13. The Defendant through the actions of its supervisor/manager and its employees, and the Defendant's failure to remedy the abusive and discriminatory conduct, revealed and reflected a malicious practice of discrimination toward Complainant as a result of his sexual orientation, entitling the Complainant to an award of compensatory damages, lost wages, punitive damages, and attorney's fees and cost.

WHEREFORE, your Complainant, Daniel Farmer, prays that he be awarded an award of compensatory damages in the amount of $2,500,000.00; to punish the Defendants for their egregious behavior, an award of punitive damages in the amount of the statutory maximum pursuant to Section 8.01-38.1, et seq. of the Virginia Code Annotated of $350,000.00; that the

Complainant recover attorney's fees and costs reasonably expended in this matter; and that the

Complainant recover lost wages and other expenses incurred.

DANIEL FARMER
By Counsel

ANTHONY E. COLLINS
Counsel for Complainant
P.O. Box 3465
Wise, VA. 24293
(276) 328-2433

.

# COLLINS LAW FIRM

### ANTHONY E. COLLINS, P.C.

*Exhibit A*

Equal Employment Opportunity Commission
400 N. Eight Street, Suite 350
Richmond, VA. 23219

## CHARGE OF DISCRIMINATION

1). **Employee:** Daniel Farmer
14701 Fairview Rd.
St. Paul, VA. 24283
(276) 254-9797

2). **Employer:** Lonesome Pine Dining, Inc.
Huddle House, Wise, VA.
4609 Aerial Way
Big Stone Gap, VA. 24219

3). The employee is unaware of how many employees are hired by the employer, but knows that it exceeds 20 employees.

4). Mr. Farmer has been employed since March 1, 2023. Shortly after Mr. Farmer was hired at Huddle House in Wise, his manager Dakota Hood began inquiring about Mr. Farmer's sexuality. Mr. Farmer advised he was bisexual and it was of no concern to Mr. Hood. Mr. Hood began calling Daniel, Danielle in front of employees and customers. Mr. Hood advised Mr. Farmer that he was doing the Lord's work by pointing out to other employees and customers at Huddle House that Mr. Farmer was gay. Mr. Hood also began calling Mr. Farmer faggot, queer, homo and other derogatory names. Mr. Hood advised Daniel that he was great at eating pussy, in front of other employees and then stated that Daniel would not know anything about that given that Daniel likes sucking dick. Other workers following Mr. Hood's behavior began calling Daniel Danielle. Frank and James also began using the terms homo, faggot, queer and other names when discussing matters with Daniel. Mr. Farmer was surprised by Frank's conduct given that he was convicted of a sexual crime. James began telling Mr. Farmer that he should put James's dick in his mouth, that he would love his dick. Mr. Hood would laugh regarding these comments and would encourage others to make like comments toward Mr. Farmer. Mr. Hood repeatedly advised new male employees that he had a gay man working for him. When a new male employee started work, Mr. Hood told Mr. Farmer that he had hired a straight man and that he better not find Mr. Farmer "hitting" on the new employee while at Huddle House. On one occasion, Mr. Farmer went into the freezer and was unaware that Mr. Hood was in the freezer at which time Mr. Hood told him to back the fuck up that he was not going to be sexually abused by Mr. Farmer. Mr. Hood advised Mr. Farmer that he had

Anthony E. Collins, Esq.

P.O. Box 3465
306 East Main Street
Wise, VA. 24293

276-328-2433
276-328-2217 (fax)
aecollinslaw@gmail.com

his gun rights restored after being convicted of a felony, and his gun was on the Huddle House premises. Much of the aforementioned conduct occurred after Mr. Hood and others would leave the restaurant area and smoke pot behind the premises. Mr. Farmer has suffered a loss of income as a result of Mr. Hood's conduct towards him. Mr. Farmer is undergoing counselling as a result of Mr. Hood's extreme conduct. Mr. Hood's behavior towards Mr. Farmer, coupled with his possession of a firearm and drug usage has caused Mr. Farmer to believe that Mr. Hood may cause him personal harm. Mr. Farmer on numerous occasions asked Mr. Hood and others to cease the aforementioned conduct. After receiving my attorney's letter, Mr. Farmer's phone was broken at work, and Mr. Farmer was advised that he needed to watch his vehicle that someone was slashing tires, and that the other employees were told not to communicate with Mr. Farmer. Mr. Farmer felt that going to work was placing himself with people who condemned him and mocked him on a daily basis. Mr. Farmer decided that he could not work in this hostile work environment and resigned his position on June 29, 2023.

5). The aforementioned conduct occurred continuously between March 1, 2023 through June 29, 2023.

6). I was discriminated against based upon my sexual orientation.

_Daniel Farmer_   8/30/23
DANIEL FARMER   DATE

_Anthony E Collins_   8/30/23
ANTHONY E. COLLINS   DATE
Counsel for Daniel Farmer
P.O. BOX 3465
WISE, VA. 24293
(276) 328-2433
aecollinslaw@gmail.com
cc: Jeff Sturgill, R.A.
    Tim Riggs, Pres/Sec

**COLLINS LAW FIRM**
P.O. Box 3465 · Wise, VA 24293




FIRST-CLASS

US POSTAGE™ PITNEY BOWES

ZIP 24293
02 7H
0001311223        $ 000.63⁰
AUG 31 2023

Tim Riggs, Pres/Sec
Lonesome Pine Dining, Inc.
4609 Aerial Way
Big Stone Gap, VA. 24219

This document received in the Wise Circuit Court Clerk's Office via electronic filing 6/18/2025 2:35:26 PM



697

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X ☑ Agent ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
9-6-23

1. Article Addressed to:

Equal Employment Commission
400 N Eight St., Ste 350
Richmond, VA 23219

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

MailRoom

9590 9402 7757 2152 0624 46

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery (00)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7018 1130 0001 8876 8841

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7018 1130 0001 8876 8841

For delivery information, visit our website at *www.usps.com®*.

Richmond, VA 23219

Certified Mail Fee    $6.90

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $ ____
☐ Return Receipt (electronic)    $ ____
☐ Certified Mail Restricted Delivery    $ ____
☐ Adult Signature Required    $ ____
☐ Adult Signature Restricted Delivery $ ____

Postage    $0.66

Total Postage and Fees    $8.56

Sent To
Equal Employment Opportunity Comm.
Street and Apt. No., or PO Box No.
400 N. Eight Street, Ste 350
City, State, ZIP+4®
Richmond, VA 23219

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

*Exhibit B*



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Richmond Local Office
400 N. Eight Street, Suite 350
Richmond, VA 23219
(804) 362-6910
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
### (This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 03/26/2025

**To:** Mr. Daniel Farmer
14701 Fairview Rd.
Saint Paul, VA 24283

Charge No: 438-2023-02155

EEOC Representative and email:   Vickki Sumlin
Investigator
vickki.sumlin@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 438-2023-02155.

On behalf of the Commission,

**Vickki Sumlin** Digitally signed by Vickki Sumlin
Date: 2025.03.26 08:08:43 -04'00'    For

Daron L. Calhoun
Local Office Director

# COMMONWEALTH OF VIRGINIA



## SUMMONS – CIVIL ACTION
RULE 3:5; VA. CODE § 8.01-2

Case No. CL25-782

Wise County ............................................................ Circuit Court
206 E Main ST. #245, Wise, VA 24293
ADDRESS

TO:

Tim Riggs President and Secretary
Registered Agent: Jeffery A. Sturgill
944 Norton Rd. Wise, VA. 24293

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia.

10 20 25 .............
DATE

Dezarah J. Hall, Clerk of Court
.................................................................... Clerk

by Vanessa Davidson ............................................
DEPUTY CLERK

Instructions: ....................................................................................................................................
...........................................................................................................................................................
...........................................................................................................................................................

Hearing Official: ..............................................................................................................

FORM CC-1400 MASTER 10/13

# COMMONWEALTH OF VIRGINIA



WISE CIRCUIT COURT
Civil Division
P O BOX 1248 206 EAST MAIN ST.
WISE VA 24293
(276) 328-6111

- 515
- 511

**RECIEVED**

JUN 2 4 2025

CITY OF NORTON
SHERIFF'S OFFICE

Proof of Service

Virginia:
In the WISE CIRCUIT COURT

Case number: 195CL25000782-00
Service number: 001
Service filed: June 20, 2025
Judge:

Served by:
Style of case: DANIEL FARMER  vs LONESOME PINE DINING, INC.
Service on: TIM RIGGS                                          Attorney:
944 NORTON RD
WISE VA 24293

> **WISE CIRCUIT COURT**
> RECEIVED AND FILED
>
> June 25         2025
>
> Time 8:00
>
> By _____ Deputy Clerk

Instructions:

Returns shall be made hereon, showing service of Summons issued Friday, June 20, 2025. With a Copy of the Complaint
filed Friday, June 20, 2025 attached.

Hearing date  :
Service issued: Friday, June 20, 2025

_____

For Sheriff Use Only        RECEIVED

JUN 7 X 2025

WISE COUNTY SHERIFF'S OFFICE
WISE VA



# City of Norton
# Sheriff's Office

**Municipal Building**
618 Virginia Ave NW
P.O. Box 307
Norton, Virginia 24273-0618



Sheriff

Jason F. McConnell

**Emergency Call 911**

Business (276) 679-5308
Fax (276) 679-2306

## PROOF OF SERVICE

Name: _Lonesome Pine Dining    Registered Agent: Jeffery Sturgill_

Address: _944 Norton Rd, Wise, VA 24293_

_____ Personal Service        Tel. No. _____

_____ Being unable to make personal service, a copy was delivered in the following manner:

___X___ Delivered to person found in charge of usual place of business or employment during business hours and giving information of its purport.  _Kathy Sturgill_

_____ Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information its purport.  List name, age of recipient, and relation to recipient to party named above.

_____

_____ Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found)

_____ Served on Secretary of the Commonwealth

_____ Not Found   SERVING OFFICER: _KLKiser_____

Type of paper: _Complaint / Summons_____   Case Number _19SCL2500078200_

_6/24/25_____   For _JFMcConnell_____
Date

## IN THE CIRCUIT COURT OF WISE COUNTY, VIRGINIA

*DANIEL FARMER*,             )
                                  )
     Plaintiff           )
                                  )
v.                              )     Case No. CL25000782-00
                                  )
*LONESOME PINE DINING, INC.*,  )
                                  )
     Defendant.       )

### *ANSWER*

Defendant Lonesome Pine Dining, Inc., by counsel, submits the following as

its Answer:

1.     Defendant is without knowledge to admit or deny the truth of the

allegations in Paragraph 1 of the Complaint, and they are therefore denied.

2.     The allegations in Paragraph 2 of the Complaint are admitted.

3.     The allegations in Paragraph 3 of the Complaint are admitted.

4.     To the extent there are any factual allegations in Paragraph 4 of the

Complaint, Defendant is without knowledge to admit or deny the allegations in

Paragraph 4 and they are therefore denied.

5.     The allegations in Paragraph 5 of the Complaint are denied.

6.     The allegations in Paragraph 6 of the Complaint are denied.

7.     With respect to the allegations in Paragraph 7 of the Complaint,

Defendant admits that Exhibit A is a charge of discrimination dated August 30,

2023. In all other respects, Defendant is without knowledge to admit or deny the factual allegations in Paragraph 7 and they are therefore denied.

8.      With respect to the allegations in Paragraph 8 of the Complaint, Defendant admits that Exhibit B is a Determination and Notice of Rights from the EEOC dated March 26, 2025. In all other respects, Defendant is without knowledge to admit or deny the allegations in Paragraph 8 and they are therefore denied.

9.      The allegations in Paragraph 9 of the Complaint are denied.

10.     The allegations in Paragraph 10 of the Complaint are denied.

11.     With respect to the allegations in Paragraph 11 of the Complaint, Defendant admits that its personnel policies prohibited unlawful harassment and provided for the investigation and proper disposition of harassment complaints. In all other respects, the allegations in Paragraph 11 of the Complaint are denied.

12.     The allegations in Paragraph 12 of the Complaint are denied.

13.     The allegations in Paragraph 13 of the Complaint are denied.

14.     Defendant denies that the Plaintiff is entitled to the requested relief or any relief.

15.     All allegations not expressly admitted are denied.

16.     The Complaint seeks remedies under Title VII beyond those allowed by 42 U.S.C. § 1981a(b)(3).

2

17.   Defendant took no tangible employment action against Plaintiff and is entitled to the benefit of the affirmative defense under the Supreme Court's decisions in *Faragher* and *Ellerth*.

18.   Plaintiff failed to invoke the benefit of Plaintiff's policies against harassment and has otherwise failed to mitigate his alleged damages.

Wherefore, for the reasons set forth above, Lonesome Pine Dining, Inc., requests that Plaintiff's action be dismissed with prejudice.

Lonesome Pine Dining, Inc.,

Defendant

By: s/ Steven R. Minor
        Counsel

Counsel:

Mark M. Lawson, VSB No. 15903
Steven R. Minor, VSB No. 30496
ELLIOTT LAWSON & MINOR, PC
230 Piedmont Ave, Suite 300
Bristol, VA 24201
Tel: (276) 466-8400
Fax: (276) 466-8161
Email: mlawson@elliottlawson.com
Email: sminor@elliottlawson.com.

## CERTIFICATE OF SERVICE

I hereby certify that on this the 7th day of July, 2025, I served the foregoing by mail, email, and electronic filing, on the following:

3

Anthony E. Collins
Anthony E. Collins, PC
P.O. Box 3465
Wise, VA 24293
Counsel for Plaintiff.

By: s/ Steven R. Minor
Counsel

4

# Elliott Lawson
# & Minor
### ATTORNEYS AT LAW

Eric W. Reecher

James W. Elliott (1971-2021)
Steven R. Minor (1990-2025)

Mark M. Lawson
Of Counsel
Elizabeth Anne Bellamy
Of Counsel

All attorneys licensed in
Tennessee and Virginia

THE PIEDMONT BUILDING
230 Piedmont Avenue, Suite 300
Bristol, Virginia 24201
www.elliottlawson.com

Writer's Telephone
(276) 466-8400, Ext. 225

Fax (276) 466-8161

Email:
thopkins@elliottlawson.com

July 23, 2025

Dezarah J. Hall, Clerk
Wise Co. Circuit Court
P. O. Box 1248
Wise, Virginia 24293

      *Re:*    *Daniel Farmer v. Lonesome Pine Dining, Inc.*
             *Case No. CL25-782*
             *Our File No. 8520-HD-1*

Dear Ms. Hall:

      Please find enclosed a copy of the Notice of Removal that was filed today with the U.S. District Court on behalf of Lonesome Pine Dining, Inc.

      Please feel free to contact our office if there are questions or more information is needed. Thank you.

      Sincerely,

      Teresa M. Hopkins
      Legal Assistant

Enc.    as stated

c:     Anthony E. Collins (w/enc.)
      Lonesome Pine Dining, Inc. (w/enc.)

**WISE CIRCUIT COURT**
RECEIVED AND FILED
7/28 20 25
Time 10:30 Am
By D. Payne Deputy Clerk
Dezarah Jessee Hall, Clerk of Court

**Case Initiating Docs for at-99999 cases**

### U.S. District Court

### Western District of Virginia

**Notice of Electronic Filing**

The following transaction was entered by Lawson, Mark on 7/23/2025 at 10:40 AM EDT and filed on 7/23/2025
**Case Name:**     Plaintiff v. Defendant
**Case Number:**   <u>1:25-at-99999</u>
**Filer:**
**Document Number:** <u>35</u>

**Docket Text:**
**Notice of Removal Case Title: Daniel Farmer v. Lonesome Pine Dining, Inc.; Court Name: Wise County Circuit Court.
(Filing & Administrative fee $405 receipt number AVAWDC-4723092). (Attachments: # (1) Exhibit, # (2) Civil Cover
Sheet)(Lawson, Mark)**

**No public notice (electronic or otherwise) sent because the entry is private**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1052918722 [Date=7/23/2025] [FileNumber=4712855-0
] [56926090a0110f288f505898845d978463b95f4a4df4e4046843aa8c344e5f20640
b864385e0e8392c3b3f8b371c766a33256e019f7b51c386db4a7948c9a9a6]]
**Document description:**Exhibit
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1052918722 [Date=7/23/2025] [FileNumber=4712855-1
] [32844dca9e3c99fcc6f2720c3ee2cfd34f4a1baae6652580a22f6571b71ceb24bd5
e533eb0aa316a3ba3f6a4e640f56392464a9d7d4e19708226c57e8d901606]]
**Document description:**Civil Cover Sheet
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1052918722 [Date=7/23/2025] [FileNumber=4712855-2
] [4263bdb267d068ec77a42a2186711f0b86603d35f78758d5ea2b59f771a7c151897
62d7ce57912a22548421db7b37a9725bde1a2509df279d1fcf4d8b6b409db]]

WISE CIRCUIT
RECEIVED AND FI....
7-28          25
Time  1030 Am
By  DPayn
Dezarah Jes... ...

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

| | | |
|---|---|---|
| *DANIEL FARMER*, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| *LONESOME PINE DINING, INC.*, | ) | |
| | ) | |
| Defendant. | ) | |

### *NOTICE OF REMOVAL*

Defendant Lonesome Pine Dining, Inc., by counsel, pursuant to 28 U.S.C.

§§ 1441, 1443, and 1446, files this Notice of Removal. The Defendant states the

following as the grounds for removal:

1.      Plaintiff filed a Complaint in the Wise Circuit Court, on June 20,

2025, styled *Daniel Farmer v. Lonesome Pine Dining, Inc.*, Case No.

CL25000782-00, asserting claims under state and federal law related to his

previous employment by the Defendant.

2.      Defendant was served with the Complaint through its registered agent

on June 24, 2025. Copies of the Complaint, which was the only pleading served on

Defendant, all process, and Defendant's responsive pleading filed in state court are

attached hereto as **Exhibit A.**

*WISE CIRCUIT COURT*
RECEIVED AND FILED
7/28          20 25
Time 10:30 am
W. Payne      Deputy Clerk
Clerk of Court

3.     This Notice of Removal is timely, as it is filed within 30 days after the

receipt by the Defendant, through service or otherwise, of a copy of the initial

pleading setting forth the claim for relief upon which such action or proceeding is

based, pursuant to 28 U.S.C. § 1446(b).

4.     Defendant has mailed Plaintiff's counsel written notice of this Notice

of Removal, including a copy of the notice.

5.     The United States District Court for the Western District of Virginia,

Abingdon Division, is the District Court having jurisdiction over the place where

the state court action is pending.

6.     A copy of this Notice of Removal is being filed with the Clerk of the

Wise Circuit Court, as required by 28 U.S.C. § 1446(d), and is being served upon

counsel of record for Plaintiff.

7.     The United States District Court for the Western District of Virginia

has subject matter jurisdiction over this case pursuant to 28 U.S.C. §§ 1331 and

1343, based on Plaintiff's claims under Title VII of the Civil Rights Act, 42 U.S.C.

§ 2000e, *et seq*.

Wherefore, for the reasons set forth above, Lonesome Pine Dining, Inc.,

requests that Plaintiff's action be removed from the Circuit Court for Wise County,

Virginia, to this Court.

2

Lonesome Pine Dining, Inc.,

Defendant

By: s/ Mark M. Lawson
      Counsel

Counsel:

Mark M. Lawson, VSB No. 15903
ELLIOTT LAWSON & MINOR, PC
230 Piedmont Ave, Suite 300
Bristol, VA 24201
Tel: (276) 466-8400
Fax: (276) 466-8161
Email: mlawson@elliottlawson.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 23rd day of July, 2025, I electronically filed

the foregoing with the Clerk of the Court using the CM/ECF system which will

send notification to the following:

Anthony E. Collins
Anthony E. Collins, PC
P.O. Box 3465
Wise, VA 24293
Counsel for Plaintiff.

By: s/ Mark M. Lawson
      Counsel

3

*AE Served 6-24-2021
JAs*

# COMMONWEALTH OF VIRGINIA



- 515
. 511

**RECIEVED**

JUN 2 4 2025

CITY OF NORTON
SHERIFF'S OFFICE

**WISE CIRCUIT COURT**
Civil Division
P O BOX 1248 206 EAST MAIN ST.
WISE VA 24293
(276) 328-6111

Proof of Service

Virginia:
In the WISE CIRCUIT COURT

Case number: 195CL25000782-00
Service number: 001
Service filed: June 20, 2025
Judge:

Served by:
Style of case: DANIEL FARMER  vs LONESOME PINE DINING, INC.
Service on: TIM RIGGS                              Attorney:
     944 NORTON RD
     WISE VA 24293

Instructions:

Returns shall be made hereon, showing service of Summons issued Friday, June 20, 2025 with a copy of the Complaint filed Friday, June 20, 2025 attached.

Hearing date  :
Service issued: Friday, June 20, 2025

For Sheriff Use Only    RECEIVED

IUN 23 '

VI L

# COMMONWEALTH OF VIRGINIA



**SUMMONS – CIVIL ACTION**
RULE 3:5; VA. CODE § 8.01-2

Case No. _CL25-782_

_Wise County_ _____ Circuit Court

_206 E Main St #245, Wise, VA 24293_
ADDRESS

TO:

_Tim Riggs, President and Secretary_
_Registered Agent: Jeffery A. Sturgill_
_944 Norton Rd. Wise, VA 24293_

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia.

_6/20/25_
DATE

**Dezarah J. Hall, Clerk of Court**

_____ Clerk

by _Annessa Davidson_
DEPUTY CLERK

Instructions: _____

_____

_____

Hearing Official: _____

FORM CC-1400 MASTER 10/13

This document received in the Wise Circuit Court Clerk's Office via electronic filing 6/18/2025 2:35:26 PM

VIRGINIA:

IN THE CIRCUIT COURT FOR WISE COUNTY

DANIEL FARMER,

      Complainant,

V.                           CASE NO.: CL25-782

LONESOME PINE DINING, INC.,
doing business as HUDDLE
HOUSE, WISE VIRGINIA

      Defendant.

SERVE: TIM RIGGS, PRESIDENT and SECRETARY
      Registered Agent: Jeffery A. Sturgill, Esq.
      944 Norton Rd., Wise, Virginia 24293

## COMPLAINT

    COMES NOW your Complainant, Daniel Farmer, by and through his counsel of record,

Anthony E. Collins, and files this Complaint against the Defendant and respectfully represents

unto this Honorable Court as follows:

   1.  Your Complainant, Daniel Farmer, is a resident of and domiciled in Wise County,

Commonwealth of Virginia.

   2.  The Defendant, Lonesome Pine Dining, Inc., is an active corporation existing and doing

business in the Commonwealth of Virginia and at all times mentioned herein was the owner and

operator of a restaurant known as Huddle House, Wise, Virginia. The Defendant's principal

office is located at 4609 Aerial Way, Big Stone Gap, Virginia 24219. Tim Riggs is the acting

President and Secretary of the Defendant. The Defendant's Registered Agent is Attorney Jeffery

A. Sturgill, whose address is 944 Norton Rd., Wise, Virginia 24293.

3. On or about March 1, 2023, the Complainant accepted employment with the Defendant as a waiter and general employee at the Defendant's Huddle House Restaurant, located in Wise, Wise County, Commonwealth of Virginia.

4. The Complainant is a bisexual man and at all times while employed by the Defendant was guaranteed the protections granted under the Virginia Values Act, the Human Rights Act, and Title VII of the Civil Rights Act of 1964. Specifically, the Complainant is guaranteed a workplace free from discrimination based on sexual orientation Section 2.2-3901, et, seq. of the Virginia Code Annotated, codifies that employers shall not discriminate against employees based upon sexual orientation. The Supreme Court of the United States in the case of Bostock v. Clayton County, 590 U.S. 644 (2020) held that Title VII of the Civil Rights Act of 1964, protects employees against discrimination based on sexual orientation.

5. Shortly after the Complainant's hire date with the Defendant, the manager, and supervisor inquired of Complainant's sexuality. Specifically, said manager inquired as to whether or not the Complainant was a gay man. The Complainant advised the manager and supervisor that he did not believe his sexual orientation was an issue to be questioned; however, Complainant eventually, as a result of continued questioning by his manager and supervisor, advised that he was a bisexual man.

6. Subsequent to the Complainant's confirming to his manager that he was bisexual, the manager and other employees began a pattern of discriminatory actions against the Complainant and subjected the Complainant to an extremely hostile work environment. As a result of the behavior of the Defendant's employees, the Complainant ultimately resigned his position on June 29, 2023.

7. On October 11, 2023, the Complainant filed with the Equal Employment Opportunity

Commission "EEOC" a Charge of Discrimination, which was signed and dated August 30, 2023.
Attached hereto as Exhibit A, incorporated herein and made apart hereof by reference thereto is
the Charge of Discrimination and supporting documents evidencing Complainant's filing with
the EEOC. The details of the discriminatory conduct toward the Complainant are not specified
within this Complaint as the same are included within Exhibit A.

8.  On March 26, 2025, the EEOC issued its Determination and Notice of Rights regarding
Complainant's Charge of Discrimination. Attached hereto as Exhibit B is the Determination of
the EEOC. The Determination indicated that the EEOC was making no finding as to the merit of
Complainant's allegations. Exhibit B is attached hereto, incorporated herein, and made apart
hereof by reference thereto.

9.  The conduct of the Defendant's manager and other employees occurred while said
manager and employees were working within the course and scope of their employment with the
Defendant. Furthermore, the employees' conduct was encouraged, promoted, and condoned by
the Complainant's manager and supervisor.

10. The conduct of the manager and employees of the Defendant subjected Complainant to
an extreme hostile work environment. Said conduct subjected the Complainant to unwelcomed
comments and conduct, and were based solely upon the Complainant's sexual orientation. The
manager and employees' conduct was so severe in nature to alter the Complainant's employment
and created an extreme and abusive work environment. The ridicule and insult to Complainant
by the conduct of his manager and fellow employees, ultimately resulted in the Complainant's
resignation and amounted to the Complainant being constructively terminated from employment.

11. The Defendant had in place at the time of the Complainant's employment, a harassment

policy that specifically condemned any form of harassment related to sexual orientation. Said

policy defined harassment to include but not limited to "slurs, jokes, and other verbal, graphic, or

physical misconduct relating to an individual's sex, race, color, religion, nationality, age,

orientation, and disability. Harassment also includes sexual advances, requests, and any other

verbal graphics, or physical misconduct of sexual favors". The Defendant's harassment policy

required the Complainant to alert his supervisor of any type of harassment. The Complainant's

supervisor was the cause of and encouraged others to practice in the pervasive and abusive

conduct toward the Complainant. Despite the Complainant's repeated request to his

supervisor/manager to cease the discriminatory conduct, the conduct continued.

12. Based upon the discriminatory conduct of the Defendant's employees and manager

directed toward the Complainant, the Complainant suffered severe humiliation, embarrassment,

and threats which directly resulted in the Complainant suffering from severe emotional distress

and physical ailments from which the Complainant sought medical attention and counseling.

13. The Defendant through the actions of its supervisor/manager and its employees, and the

Defendant's failure to remedy the abusive and discriminatory conduct, revealed and reflected a

malicious practice of discrimination toward Complainant as a result of his sexual orientation,

entitling the Complainant to an award of compensatory damages, lost wages, punitive damages,

and attorney's fees and cost.

WHEREFORE, your Complainant, Daniel Farmer, prays that he be awarded an award of

compensatory damages in the amount of $2,500,000.00; to punish the Defendants for their

egregious behavior, an award of punitive damages in the amount of the statutory maximum

pursuant to Section 8.01-38.1, et seq. of the Virginia Code Annotated of $350,000.00; that the

Complainant recover attorney's fees and costs reasonably expended in this matter; and that the

Complainant recover lost wages and other expenses incurred.

DANIEL FARMER
By Counsel

ANTHONY E. COLLINS
Counsel for Complainant
P.O. Box 3465
Wise, VA. 24293
(276) 328-2433

# COLLINS LAW FIRM

### ANTHONY E. COLLINS, P.C.

Exhibit A

Equal Employment Opportunity Commission
400 N. Eight Street, Suite 350
Richmond, VA. 23219

## CHARGE OF DISCRIMINATION

1). Employee:     Daniel Farmer
                  14701 Fairview Rd.
                  St. Paul, VA. 24283
                  (276) 254-9797

2). Employer:     Lonesome Pine Dining, Inc.
                  Huddle House, Wise, VA.
                  4609 Aerial Way
                  Big Stone Gap, VA. 24219

3). The employee is unaware of how many employees are hired by the employer, but knows that it exceeds 20 employees.

4). Mr. Farmer has been employed since March 1, 2023. Shortly after Mr. Farmer was hired at Huddle House in Wise, his manager Dakota Hood began inquiring about Mr. Farmer's sexuality. Mr. Farmer advised he was bisexual and it was of no concern to Mr. Hood. Mr. Hood began calling Daniel, Danielle in front of employees and customers. Mr. Hood advised Mr. Farmer that he was doing the Lord's work by pointing out to other employees and customers at Huddle House that Mr. Farmer was gay. Mr. Hood also began calling Mr. Farmer faggot, queer, homo and other derogatory names. Mr. Hood advised Daniel that he was great at eating pussy, in front of other employees and then stated that Daniel would not know anything about that given that Daniel likes sucking dick. Other workers following Mr. Hood's behavior began calling Daniel Danielle. Frank and James also began using the terms homo, faggot, queer and other names when discussing matters with Daniel. Mr. Farmer was surprised by Frank's conduct given that he was convicted of a sexual crime. James began telling Mr. Farmer that he should put James's dick in his mouth, that he would love his dick. Mr. Hood would laugh regarding these comments and would encourage others to make like comments toward Mr. Farmer. Mr. Hood repeatedly advised new male employees that he had a gay man working for him. When a new male employee started work, Mr. Hood told Mr. Farmer that he had hired a straight man and that he better not find Mr. Farmer "hitting" on the new employee while at Huddle House. On one occasion, Mr. Farmer went into the freezer and was unaware that Mr. Hood was in the freezer at which time Mr. Hood told him to back the fuck up that he was not going to be sexually abused by Mr. Farmer. Mr. Hood advised Mr. Farmer that he had

Anthony E. Collins, Esq.

P.O. Box 3465
306 East Main Street
Wise, VA. 24293

276-328-2633
276-328-2217 (fax)
aecollinslaw@gmail.com

his gun rights restored after being convicted of a felony, and his gun was on the Huddle House premises. Much of the aforementioned conduct occurred after Mr. Hood and others would leave the restaurant area and smoke pot behind the premises. Mr. Farmer has suffered a loss of income as a result of Mr. Hood's conduct towards him. Mr. Farmer is undergoing counselling as a result of Mr. Hood's extreme conduct. Mr. Hood's behavior towards Mr. Farmer, coupled with his possession of a firearm and drug usage has caused Mr. Farmer to believe that Mr. Hood may cause him personal harm. Mr. Farmer on numerous occasions asked Mr. Hood and others to cease the aforementioned conduct. After receiving my attorney's letter, Mr. Farmer's phone was broken at work, and Mr. Farmer was advised that he needed to watch his vehicle that someone was slashing tires, and that the other employees were told not to communicate with Mr. Farmer. Mr. Farmer felt that going to work was placing himself with people who condemned him and mocked him on a daily basis. Mr. Farmer decided that he could not work in this hostile work environment and resigned his position on June 29, 2023.

5). The aforementioned conduct occurred continuously between March 1, 2023 through June 29, 2023.

6). I was discriminated against based upon my sexual orientation.

_Daniel Farmer_   8/30/23
DANIEL FARMER          DATE

_Anthony E Collins_   8/30/23
ANTHONY E. COLLINS      DATE
Counsel for Daniel Farmer
P.O. BOX 3465
WISE, VA. 24293
(276) 328-2433
aecollinslaw@gmail.com
cc:  Jeff Sturgill, R.A.
      Tim Riggs, Pres/Sec

**COLLINS LAW FIRM**
P.O. Box 3465 • Wise, VA 24293



Tim Riggs, Pres/Sec
Lonesome Pine Dining, Inc.
4609 Aerial Way
Big Stone Gap, VA. 24219

This document received in the Wise Circuit Court Clerk's Office via electronic filing 6/18/2025 2:35:26 PM



697

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Equal Employment Commission
400 N Eight St., Ste. 350
Richmond, VA 23219

9590 9402 7757 2152 0624 46

2. Article Number (Transfer from service label)
7018 1130 0001 8876 8841

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☑ Agent
                                     ☐ Addressee
B. Received by (Printed Name)        C. Date of Delivery
                                     9-6-2

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☑ No

MailRoom

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Richmond, VA 23219

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postage
10.86
Total Postage and Fees

Sent To
Equal Employment Opportunity Commi.
400 Eight Street, Ste. 350
Richmond, VA 23219

7018 1130 0001 8876 8841

This document received in the Wise Circuit Court Clerk's Office via electronic filing 6/18/2025 2:35:26 PM

Exhibit B



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Richmond Local Office
400 N. Eight Street, Suite 350
Richmond, VA 23219
(804) 362-6910
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 03/26/2025

**To:** Mr. Daniel Farmer
14701 Fairview Rd.
Saint Paul, VA 24283

Charge No: 438-2023-02155

EEOC Representative and email:    Vickki Sumlin
Investigator
vickki.sumlin@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 438-2023-02155.

On behalf of the Commission,

*Vickki Sumlin*  Digitally signed by Vickki Sumlin
Date: 2025.03.26 08:08:43 -04'00'    For

Daron L. Calhoun
Local Office Director

# IN THE CIRCUIT COURT OF WISE COUNTY, VIRGINIA

| | |
|---|---|
| *DANIEL FARMER,* | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | )     Case No. CL25000782-00 |
| | ) |
| *LONESOME PINE DINING, INC.*, | ) |
| | ) |
| Defendant. | ) |

## *ANSWER*

Defendant Lonesome Pine Dining, Inc., by counsel, submits the following as its Answer:

1.     Defendant is without knowledge to admit or deny the truth of the allegations in Paragraph 1 of the Complaint, and they are therefore denied.

2.     The allegations in Paragraph 2 of the Complaint are admitted.

3.     The allegations in Paragraph 3 of the Complaint are admitted.

4.     To the extent there are any factual allegations in Paragraph 4 of the Complaint, Defendant is without knowledge to admit or deny the allegations in Paragraph 4 and they are therefore denied.

5.     The allegations in Paragraph 5 of the Complaint are denied.

6.     The allegations in Paragraph 6 of the Complaint are denied.

7.     With respect to the allegations in Paragraph 7 of the Complaint, Defendant admits that Exhibit A is a charge of discrimination dated August 30,

2023. In all other respects, Defendant is without knowledge to admit or deny the factual allegations in Paragraph 7 and they are therefore denied.

8.      With respect to the allegations in Paragraph 8 of the Complaint, Defendant admits that Exhibit B is a Determination and Notice of Rights from the EEOC dated March 26, 2025. In all other respects, Defendant is without knowledge to admit or deny the allegations in Paragraph 8 and they are therefore denied.

9.      The allegations in Paragraph 9 of the Complaint are denied.

10.     The allegations in Paragraph 10 of the Complaint are denied.

11.     With respect to the allegations in Paragraph 11 of the Complaint, Defendant admits that its personnel policies prohibited unlawful harassment and provided for the investigation and proper disposition of harassment complaints. In all other respects, the allegations in Paragraph 11 of the Complaint are denied.

12.     The allegations in Paragraph 12 of the Complaint are denied.

13.     The allegations in Paragraph 13 of the Complaint are denied.

14.     Defendant denies that the Plaintiff is entitled to the requested relief or any relief.

15.     All allegations not expressly admitted are denied.

16.     The Complaint seeks remedies under Title VII beyond those allowed by 42 U.S.C. § 1981a(b)(3).

This document received in the Wise Circuit Court Clerk's Office via electronic filing 7/7/2025 10:50:37 AM

17.    Defendant took no tangible employment action against Plaintiff and is

entitled to the benefit of the affirmative defense under the Supreme Court's

decisions in *Faragher* and *Ellerth.*

18.    Plaintiff failed to invoke the benefit of Plaintiff's policies against

harassment and has otherwise failed to mitigate his alleged damages.

Wherefore, for the reasons set forth above, Lonesome Pine Dining, Inc.,

requests that Plaintiff's action be dismissed with prejudice.

Lonesome Pine Dining, Inc.,

Defendant

By: s/ Steven R. Minor
Counsel

Counsel:

Mark M. Lawson, VSB No. 15903
Steven R. Minor, VSB No. 30496
ELLIOTT LAWSON & MINOR, PC
230 Piedmont Ave, Suite 300
Bristol, VA 24201
Tel: (276) 466-8400
Fax: (276) 466-8161
Email: mlawson@elliottlawson.com
Email: sminor@elliottlawson.com.

*CERTIFICATE OF SERVICE*

I hereby certify that on this the 7th day of July, 2025, I served the foregoing

by mail, email, and electronic filing, on the following:

3

Anthony E. Collins
Anthony E. Collins, PC
P.O. Box 3465
Wise, VA 24293
Counsel for Plaintiff.

                              By: s/ Steven R. Minor
                                    Counsel

4

CLERKS OFFICE US DISTRICT COURT
AT ABINGDON, VA
FILED

July 23, 2025

LAURA A. AUSTIN, CLERK
BY: /s/ Kendra Campbell
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| DANIEL FARMER, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:25cv47 |
| | ) State Court No. CL25-782 |
| v. | ) |
| | ) **ORDER** |
| LONESOME PINE DINING, INC., | ) |
| | ) |
| Defendant. | ) |

This case was recently removed from the Circuit Court for Wise County to the United

States District Court for the Western District of Virginia at Abingdon.  This court, finding it

necessary and proper to do so, hereby REQUESTS that the original case file in your Court be

forwarded to the Clerk of this court at 180 W. Main Street, Room 104, Abingdon, VA 24210, or

submitted through this court's Case Management and Electronic Case Filing system (CM/ECF).

The Clerk is directed to send a copy of this Order to the Clerk of the Circuit Court for

Wise County.

ENTERED:  July 23, 2025

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE

WISE CIRCUIT COURT
RECEIVED AND FILED
7-29          20 25
Time  10:00 Am
By. D. Payne  Deputy Clerk
Dezarah Jessee Hall, Clerk of Court

**ECF
DOCUMENT**
I hereby attest and certify that this is a printed copy of
a document that was electronically filed with the
United States District Court for the Western District
of Virginia.
Date Filed  7/23/25
By: K. Campbell
Deputy Clerk          Laura A. Austin, Clerk of Court