# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **DANIEL FARMER,** | ) |
| Plaintiff, | ) Case No. 1:25CV00047 |
| v. | ) **ORDER CLOSING CASE** |
| **LONESOME PINE DINING, INC.,** | ) Judge James P. Jones |
| Defendant. | ) |

The court having been advised that a settlement has been reached, the case is hereby administratively closed. The court retains jurisdiction for sixty (60) days. If desired, the parties may hereafter within such time submit an agreed stipulation, final order or judgment. If no such agreed stipulation, final order or judgment is timely submitted, and if no party files a motion to reopen the case or to enforce the terms of the settlement within such time, this action shall, without further order, stand dismissed with prejudice.

It is so **ORDERED**.

ENTER: October 8, 2025

/s/ James P. Jones
Senior United States District Judge